IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MORRIS E. CHANEY, | : | |
| Plaintiff, | : | |
| vs. | : | |
| | | CIVIL ACTION 08-0076-WS-M |
| MICHAEL J. ASTRUE | : | |
| Acting Commissioner of | | |
| Social Security, | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all pleadings in this file, and a <u>de novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that the decision of the Secretary be AFFIRMED and that this action be **DISMISSED**.

**DONE** and **ORDERED** this 17th day of September, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE