IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MORRIS E. CHANEY,** | : |
| Plaintiff, | : |
| vs. | : |
| | : CIVIL ACTION 08-0076-WS-M |
| **MICHAEL J. ASTRUE** | : |
| Acting Commissioner of Social Security, | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Morris E. Chaney.

**DONE** and **ORDERED** this 17th day of September, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE